IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN IVORY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES E. TILTON, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:09-cv-01272-GSA (PC)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME TO EITHER FILE AMENDED COMPLAINT OR NOTIFY THE COURT<br><br>(Motion#20)<br><br>30-DAY DEADLINE |

　　　On May 10, 2010, plaintiff filed a motion for an extension of time to either file an amended complaint or notify the court of his willingness to proceed only on the claims found cognizable by the court.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint or notify the court of his willingness to proceed only on the claims found cognizable by the court, pursuant to the court's order of January 8, 2010.

　　　IT IS SO ORDERED.

　　Dated:   **May 21, 2010**　　　　　　　　 **/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE