UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN IVORY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. V. SEXTON, et al.,<br><br>　　　　Defendants. | 1:09-cv-01272-OWW-GSA-PC<br><br>ORDER DENYING MOTION FOR COURT ORDER DIRECTING PRISON TO FOLLOW RULES AND REGULATIONS AND ALLOW PLAINTIFF FURTHER ACCESS TO THE LAW LIBRARY<br>(Doc. 48.) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 3, 2011, Plaintiff filed a motion for a court order directing the prison to follow the rules and regulations regarding inmate access to the law library, to enable Plaintiff further access to the law library. (Doc. 48.)

The court recognizes that prison administrators "should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to preserve internal order and discipline and to maintain institutional security." Whitley v. Albers, 475 U.S. 312, 321-322 (1986) (*quoting* Bell v. Wolfish, 441 U.S. 520, 547 (1970). Accordingly, the court shall defer to the prison's policies and practices in granting access to the law library.

Further, the court lacks jurisdiction to issue such an order. The order requested by Plaintiff would not remedy any of the claims upon which this action proceeds. This action is proceeding against defendants based on events occurring in 2008 and 2009. Plaintiff now requests a court order affecting

present and future actions. Because such an order would not remedy any of the claims upon which this action proceeds, the Court lacks jurisdiction to issue the order sought by Plaintiff, and Plaintiff's motion must be denied. <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); <u>Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.</u>, 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982). Should Plaintiff require additional time to meet a court deadline, he should file a motion for extension of time.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a court order directing the prison to follow the rules and regulations regarding inmate access to the law library is DENIED.

IT IS SO ORDERED.

**Dated:   June 6, 2011**                    /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE