# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN IVORY, | 1:09-cv-01272-OWW-GSA-PC |
| Plaintiff, | ORDER GRANTING DEFENDANT MERAZ'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE |
| v. | |
| JAMES E. TILTON, et al., | (Doc. 51.) |
| Defendants. | |

Plaintiff Norman Ivory, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 20, 2009, and a scheduling order was issued on May 31, 2011. This action is currently in the discovery phase, and on June 13, 2011, Defendant Meraz filed a motion seeking leave to depose Plaintiff by videoconference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendant's motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **June 14, 2011**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE