1

2

3

4

5

6

7

8                          # UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   NORMAN IVORY,                          1:09-cv-01272-AWI-SMS PC

12              Plaintiff,                   ORDER DENYING REQUEST FOR
                                            SUBPOENAS
13        v.
                                            (Doc. 63.)
14   JAMES E. TILTON, et al.,

15              Defendants.
     _____/

16

17        Norman Ivory ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this

18   civil rights action pursuant to 42 U.S.C. § 1983.  This action now proceeds on Plaintiff's original

19   Complaint filed on July 20, 2009, against defendant Correctional Officer S. Meraz for use of

20   excessive force in violation of the Eighth Amendment, and defendant Captain M. V. Sexton for

21   retaliation in violation of the First Amendment.[1]  (Doc. 1.)  Pursuant to the Court's order of May 31,

22   2011, this action is in the discovery phase.  On August 9, 2011, Plaintiff filed a request seeking the

23   issuance of three subpoenas commanding the following  non-parties , Chief Medical Officer,

24   Appeals Coordinator, and Head of Records, to produce documents and electronically-stored

25   information relevant to  Plaintiff during his period of incarceration at Avenal State Prison from July

26   2007 through July 2009.  (Doc. 63.)  For the reasons set forth below, Plaintiff's request is denied.

27   _____

28        [1]On August 23, 2010, the Court dismissed all other claims and defendants from this action, based on
     Plaintiff's failure to state a claim under § 1983.  (Doc. 30.)

                                              1

1       Subject to certain requirements set forth herein, Plaintiff is entitled to the issuance of a

2 subpoena commanding the production of documents from non-parties, and to service of the subpoena

3 by the United States Marshal.  Fed. R. Civ. P. 45; 28 U.S.C. 1915(d).  However, the Court will

4 consider granting such a request *only if* the documents sought from the non-party are not equally

5 available to Plaintiff and are not obtainable from Defendants through a request for production of

6 documents.  Fed. R. Civ. P. 34.  If Plaintiff wishes to make a request for the issuance of a records

7 subpoena, he may file a motion requesting the issuance of a subpoena duces tecum that (1) identifies

8 with specificity the documents sought and from whom, and (2) makes a showing in the motion that

9 the records are only obtainable through that third party.

10       For the reasons set forth above, Plaintiff's request for the issuance of subpoenas is HEREBY

11 DENIED.

13       IT IS SO ORDERED.

14 **Dated:   January 24, 2012**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE