IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN IVORY, | 1:09-cv-01272-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING DEFENDANT SEXTON'S MOTION FOR PROTECTIVE ORDER AS MOOT |
| vs. | (Doc. 70.) |
| JAMES E. TILTON, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action now proceeds on Plaintiff's original Complaint filed on July 20, 2009, against Defendant Correctional Officer S. Meraz for use of excessive force in violation of the Eighth Amendment.[1]  (Doc. 1.)

On October 27, 2011, Defendant Sexton filed a motion for a protective order.  (Doc. 70.)  Defendant Sexton was dismissed from this action on March 23, 2012.  (Doc. 79.)  Therefore, Defendant Sexton's motion is moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Defendant Sexton's motion for a protective order, filed on October 27, 2011, is DENIED as moot.

IT IS SO ORDERED.

Dated:  **March 26, 2012**          /s/ **Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

---

[1] On March 23, 2012, defendant Sexton was dismissed from this action via defendant's motion to dismiss for failure to exhaust remedies. (Doc. 79.) On August 23, 2010, the Court dismissed all other claims and defendants from this action, based on Plaintiff's failure to state a claim under § 1983. (Doc. 30.)

1