IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN IVORY, | 1:09-cv-01272-AWI-GSA-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY (Doc. 76.) |
| vs. | |
| JAMES E. TILTON, et al., | ORDER EXTENDING DEADLINES FOR ALL PARTIES TO THIS ACTION |
| Defendants. | <u>New Discovery Cut-Off Date</u>:     06/25/2012 |
| _____/ | <u>New Dispositive Motions Deadline</u>:  07/25/2012 |

Plaintiff is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2012, Plaintiff requested an extension of the discovery deadline in this action. (Doc. 76.) Defendants did not oppose the motion.

A party may obtain relief from the court's deadline date for discovery by demonstrating good cause for allowing further discovery. Fed. R. Civ. P. 16(b)(4). Plaintiff cites unforeseen delays and obstruction due to lockdowns at the prison and limited access to the law library. The current discovery deadline expired on January 30, 2012. Good cause appearing, the deadline for completion of all discovery, including motions to compel, shall be extended for all parties to this action to **June 25, 2012**. In light of this extension, the deadline for filing pretrial

1

dispositive motions shall also be extended for all parties to this action to **July 25, 2012**. The parties are advised to refer back to the Court's Discovery/Scheduling Order of May 31, 2011, for instruction about conducting discovery.  (Doc. 45.)

    Accordingly, IT IS HEREBY ORDERED that:

1. All discovery, including motions to compel, formerly to be completed by January 30, 2012, shall be completed by **June 25, 2012**; and
2. The deadline for serving and filing pre-trial dispositive motions, formerly April 9, 2012, is extended to **July 25, 2012**.

IT IS SO ORDERED.

Dated:   **March 26, 2012**                     /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE