IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN IVORY,<br><br>      Plaintiff,<br><br>      vs.<br><br>JAMES E. TILTON, et al.,<br><br>      Defendants.<br>_____/ | 1:09-cv-01272-AWI-GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO SERVE RESPONSES TO PLAINTIFF'S DISCOVERY REQUEST<br><br>(Motion #88)<br><br>DEADLINE: JUNE 25, 2012 |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 14, 2012, Defendant Meraz filed a motion to extend time to file responses to Plaintiff's second set of interrogatories.

    Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendant Meraz is granted until June 25, 2012 to file responses to Plaintiff's second set of interrogatories.

    IT IS SO ORDERED.

    Dated:   June 25, 2012            /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE