1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   NORMAN IVORY,                          1:09-cv-01272-AWI-GSA (PC)

12          Plaintiff,                      ORDER GRANTING DEFENDANT'S
                                            MOTION TO EXTEND TIME TO SERVE
13       vs.                                RESPONSES TO PLAINTIFF'S
                                            DISCOVERY REQUEST
14   JAMES E. TILTON, et al.,
                                            (Motion #88)
15          Defendants.
                                            DEADLINE: JUNE 25, 2012
16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On June 14, 2012, Defendant Meraz filed a motion to extend time to file responses to

19   Plaintiff's second set of interrogatories.

20          Good cause having been presented to the court and GOOD CAUSE APPEARING

21   THEREFOR, IT IS HEREBY ORDERED that Defendant Meraz is granted until June 25, 2012

22   to file responses to Plaintiff's second set of interrogatories.

23          IT IS SO ORDERED.

24       Dated:   **June 25, 2012**          _____/s/ **Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28