IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN IVORY,<br><br>   Plaintiff,<br><br>   v.<br><br>C/O MERAZ,<br><br>   Defendant. | NO. 1:09 cv 01272 AWI GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING MOTION FOR SUMMARY JUDGMENT<br><br>ORDER REFERRING ACTION TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>(ECF Numbers #99 & #116 ) |

   Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On January 30, 2013, findings and recommendations were entered, recommending that Defendant's motion for summary judgment be denied. Defendant has not filed any objections. On March 13, 2013, Plaintiff filed a reply brief.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 30, 2013, are adopted in full;
2. Defendant's motion for summary judgment is denied; and
3. This action is referred to the Magistrate Judge for further pretrial proceedings.

IT IS SO ORDERED.

Dated:    March 26, 2013

SENIOR  DISTRICT  JUDGE