UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN IVORY,<br><br>      Plaintiff,<br><br>  vs.<br><br>CORRECTIONAL OFFICER S. MERAZ,<br><br>      Defendant. | 1:09-cv-01272-GSA-PC<br><br>ORDER TO SHOW CAUSE<br><br><u>Telephonic Hearing</u>:<br><br>  October 3, 2013, at 9:30 a.m.<br>  Courtroom 10 (GSA) |

### **ORDER FOR PLAINTIFF TO SHOW CAUSE**

Norman Ivory ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. All parties to this action have voluntarily consented to the jurisdiction of Magistrate Judge Gary S. Austin, and on September 25, 2013, the case was assigned to Magistrate Judge Gary S. Austin for all intents and purposes, within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment. (Doc. 156.)  This case is scheduled for trial on October 22, 2013 at 8:30 a.m. before Magistrate Judge Gary S. Austin.

On September 23, 2013, the court issued a minute order scheduling a telephonic status conference for the parties to this case on September 26, 2013, at 10:30 a.m., before Magistrate Judge Gary S. Austin. (Doc. 155.)  The Court is aware that Plaintiff was not properly served with notice of this hearing, however the hearing went ahead as scheduled with the hope that the defendant's attorney would be able to arrange for Plaintiff's participation. At the hearing California Deputy Attorney General (DAG) David E. Brice and DAG David C. Goodwin appeared on behalf of Defendant Meraz. Plaintiff, who is proceeding pro se, did not appear notwithstanding that attempts by defense counsel to gain his appearance were made.

Defense Counsel, prior to the September 26th hearing, informed the Court that Plaintiff had been released from State prison custody and was no longer incarcerated at High Desert State Prison. Pursuant to Local Rule 183, "[a] party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address." L.R. 183(a). Plaintiff has not filed a notice of change of address providing the court with his current address. Thus, Plaintiff has failed to comply with Local Rule 183(a).

Plaintiff is ordered to show cause why this case should not be dismissed, with prejudice, for Plaintiff's failure to comply with Local Rule 183(a). The parties are therefore ordered to appear telephonically on October 3, 2013, at 9:30 a.m., before Magistrate Judge Gary S. Austin, in Courtroom 10. The Court will deliver this notice to both the address of record the Court has on file for Plaintiff, as well to the address supplied to the court by Defendant's attorney who believes that this address may be where Plaintiff is currently receiving mail.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The parties shall appear at a telephonic hearing on October 3, 2013, at 9:30 a.m., before Magistrate Judge Gary S. Austin, in Courtroom 10;

2. Defense counsel shall coordinate a one-line conference call with Plaintiff prior to calling chambers at (559) 499-5960;

3. Plaintiff is ordered to show cause at the hearing why this case should not be dismissed, with prejudice, for his failure to comply with Local Rule 183(a);

4. The Clerk is directed to serve Plaintiff with copies of this order at the following two addresses:

> (1) Norman Ivory
> T-83317
> High Desert State Prison
> P.O. Box 3030
> Susanville, CA  96127-3030
>
> and
>
> (2) Norman Ivory
> 470 E. Third Street, Suite C
> Los Angeles, CA  90013

5.     Plaintiff's failure to comply with this order shall result in the dismissal of this action, with prejudice.

IT IS SO ORDERED.

    Dated:   **September 26, 2013**                    **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE